Alan Steven Yockelson, Law Office of Alan S. Yockelson, San Diego, CA, argued for plaintiff-appellant.

Andrew Dallmann, Burch Dallmann LLP, Irvine, CA, argued for defendants-appellees.

PROST, Chief Judge, MOORE and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Sandra E. Booth, Columbus, OH, argued for claimant-appellant.

Eric Peter Bruskin, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Scott D. Austin; Y. Ken Lee, Rachael Brant, Amanda Blackmon, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, MOORE and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Shirley ENOS, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7002.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2015.

**PURE FISHING, INC., an IOWA Corporation, Plaintiff–Cross–Appellant**

v.

**NORMARK CORPORATION, a Minnesota Corporation, dba Rapala, Defendant–Appellant.**

Nos. 2014–1300, 2015–1167, 2015–1168.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.